AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Batiste<br>*Plaintiff*<br>v.<br>Hewitt Capital LLC<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:18-cv-02308-B<br>)<br>)<br>) |

**Summons in a Civil Action**

**TO:** Hewitt Capital LLC   c/o REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
DALLAS, TX 75201

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Joseph Davidson
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/30/2018

*Signature of Clerk or Deputy Clerk*



http://www.txnd.uscourts.gov/judge/district-judge-jane-boyle

**District Judge Jane Boyle**

**Chambers:** 214-753-2740

**Fax:** 214-753-2744

**Courtroom Deputy:** Jenelle Wilson 214-753-2740
**E-Mail:** Boyle_Clerk@txnd.uscourts.gov

**Court Reporter:** Shawnie Archuleta 214-753-2747

1100 Commerce Street, Room 1520
Dallas, Texas 75242-1003

Courtroom 1516

**Case Letter Designation:** (B)

**Judge Tabs**

- **Judge Specific Requirements**(active tab)
- **Biography**

Judge Boyle follows the Northern District's Local Civil and Criminal Rules. If the information set out below does not address your particular question, you should look to the Local Rules. Judge Boyle also notifies the parties by order of specific requirements that apply to each case, some of which modify the Local Rules. PLEASE NOTE: The following information is intended to acquaint counsel and litigants with the Judge's typical procedures and requirements, not to take the place of common sense or of orders entered in specific cases.

I. **Case Management Procedures**
Please notice the change in Judge Boyle's Copy Requirements. See I.J. below. (updated on 10/17/16)
   A. Counsel must ensure that all pleadings filed via the CM/ECF system strictly comply with Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1. These rules regulate the transmission of private and case sensitive information through the CM/ECF system.
   B. Preliminary Pretrial Conference ("Rule 16 Conference") - The Judge does not typically conduct Rule 16 conferences but will schedule such a conference in cases where she finds it would aid in case management. The Judge will also schedule a Rule 16 conference when requested by the parties.
   C. Rule 26(f) Conference - The Court requires the parties to comply, in person, with the conference requirements of Rule 26(f) of the Federal Rules of Civil Procedure. The Court does not require a face-to-face meeting in cases involving *pro se* or prisoner litigants.

   If, at the time the Judge enters her scheduling proposal order ("Status Report Order"), the parties have already conducted a Rule 26(f) scheduling conference that fully complies with the one required by the order, they need not convene an additional conference. If the parties have already submitted a Rule 26(f) written report that outlines their proposed discovery plan, they must also submit the joint proposal required by the Status Report Order because it contains matters not required by Rule 26(f). The parties may, however, adopt portions of their written Rule 26(f) report

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-02308-B

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HEWITT CAPITAL, LLC was received by me on *(date)* Sep 7, 2018, 3:27 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TERRI THONGSAVAT , who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR HEWITT CAPITAL, LLC on *(date)* Tue, Sep 11 2018 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 9/11/2018

*Server's signature*

Matt Foster - Process Server - PSC-4907 Exp. 3/31/2020

*Printed name and title*

1910 Pacific Avenue, Suite 16700, Dallas, TX 75201

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 11, 2018, 12:50 pm at 1999 BRYAN ST., SUITE 900, DALLAS, TX 75201 received by Hewitt Capital, LLC, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY TERRI THONGSAVAT, DESIGNATED AGENT FOR SERVICE OF PROCESS.